**PHILLIPS & ASSOCIATES**
*Attorneys at Law*
45 BROADWAY, SUITE 620, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

May 4, 2021

*Via ECF*
The Honorable Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 518
New York, New York 10007

> The conference scheduled in this case for May 6, 2021 is adjourned sine die. Because this is a FLSA action, the parties are directed to submit the required settlement information as detailed in my order.
>
> SO ORDERED:
>
> /s/ Vernon Broderick
> HON. VERNON S. BRODERICK   5/5/2021
> UNITED STATES DISTRICT JUDGE

RE: **Pacifico Riveliu v. 910 Seventh Ave Rest LLC. et al,**
20-cv-01943 (VSB)

Your Honor:

This office represents Plaintiff in the above-referenced matter. Plaintiff writes jointly with Defendants to inform the court that the parties have reached a settlement in principle and to respectfully request: (a) that the status conference presently scheduled for May 6, 2021 be adjourned *sine die*; and (b) that the Court issue a thirty-day order discontinuing this action but providing that Plaintiff may apply by letter for restoration of the action to the active calendar of this Court within thirty days if settlement is not consummated. The requested adjournment will conserve litigation and judicial resources in light of the parties' settlement in principle.

The parties thank the Court for its time and attention.

                **PHILLIPS & ASSOCIATES,**
                **ATTORNEYS AT LAW, PLLC**

                By: /s/ Shawn Clark
                    Shawn Clark, Esq.

CC: All Counsel of Record (ECF)