```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
FERNANDA PACIFICO REVELIU, et al.,                          :
                                                            :
                            Plaintiffs,                     :
                                                            :         20-cv-1943 (VSB)
            -against-                                       :
                                                            :              ORDER
910 SEVENTH AVE REST LLC, et al.,                           :
                                                            :
                            Defendants.                     :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On May 5, 2021, I issued an order directing the parties to submit the terms of their settlement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 200 (2d Cir. 2015) within thirty (30) days. (Doc. 19.) Thirty days have now passed, and the parties have failed to submit the terms of their settlement. Accordingly, it is hereby:

ORDERED that the parties submit the terms of their settlement and the other information required by my May 5 order by June 22, 2021.

SO ORDERED.

Dated: June 16, 2021
       New York, New York

                                                Vernon S. Broderick
                                                United States District Judge