USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
 :
FERNANDA PACIFICO REVELIU, :
 :
                   Plaintiff, :
 : 20-cv-1943 (VSB)
     -against- :
 : **ORDER**
910 SEVENTH AVE REST LLC, et al., :
 :
                 Defendants. :
 :
-------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

      On May 4, 2021, the parties filed a letter indicating that they had reached a settlement in this Fair Labor Standards Act ("FLSA") action. (Doc. 17.) On May 5, 2021, I directed the parties to submit the terms of their settlement within thirty days. (Doc. 19.) Subsequently, I granted the parties two extensions to submit the settlement terms, and based on my most recent order, the terms were due by July 2, 2021. (*See* Docs. 20, 22.) The parties still have not submitted the terms of their settlement. Accordingly, it is hereby:

      ORDERED that by on or before July 14, 2021, the parties submit their settlement terms or a joint letter explaining why they have repeatedly failed to do so.

SO ORDERED.

Dated: July 7, 2021
      New York, New York

                                                Vernon S. Broderick
                                                United States District Judge