**PHILLIPS & ASSOCIATES**

*Attorneys at Law*
45 BROADWAY, SUITE 620, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

August 16, 2021

<u>*Via ECF*</u>
The Honorable Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 518
New York, New York 10007

**APPLICATION GRANTED**
**SO ORDERED** /s/
**VERNON S. BRODERICK**
**U.S.D.J.** 8/17/2021

No further extensions will be granted barring extraordinary circumstances.

RE: <u>Pacifico Riveliu v. 910 Seventh Ave Rest LLC. et al,</u>
    **Civil Action No. 20-cv-01943 (VSB)**

Your Honor:

This office represents Plaintiff in the above-referenced matter. Plaintiff writes jointly with Defendants to respectfully request a brief extension of time from today to Friday, August 20, 2021 to submit the joint letter requested in Court's July 16, 2021 Order. The requested extension is necessary to finalize the requested joint letter and ensure it contains all required materials.

The parties thank the Court for its time and attention.

Respectfully submitted,

**PHILLIPS & ASSOCIATES,**
**ATTORNEYS AT LAW, PLLC**

By: /s/ Shawn Clark
    Shawn Clark, Esq.

CC: All Counsel of Record (ECF)